# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEPHEN LAW,
                    Appellant,
            vs.
THE STATE BAR OF NEVADA; AND
BECKY ANN PINTAR,
                    Respondents.

No. 74291

FILED

JUN 1 5 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal of a letter from the State Bar informing appellant that his grievance against attorney Becky Pintar has been dismissed.

Our review of this appeal reveals a jurisdictional defect. It appears that the determination designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule authorizes an appeal of a letter from the State Bar dismissing a grievance. Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-22929

cc: Stephen Law
Pintar Albiston LLP
State Bar of Nevada/Las Vegas

